IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KARANYA MARQUIS DUDLEY                                                                                         PLAINTIFF

v.                         Civil No. 4:24-cv-04088

AMY FREEDMAN, Prosecuting Attorney;
MATT STEPHENS, Public Defender; JUDGE
C. JONES, Miller County District Court; JUDGE
B. HALTOM, Miller County District Court;
JUDGE W. AUTREY, Miller County District Court;
STATE OF ARKANSAS; and MILLER COUNTY
DISTRICT COURT                                                                                                      DEFENDANTS

## ORDER

Karanya Marquis Dudley ("Plaintiff") filed this case *pro se* pursuant to 42 U.S.C. § 1983 on August 26, 2024. ECF No. 1. Before the Court is Plaintiff's Motion for Default Judgment against all Defendants. ECF No. 10. In the motion Plaintiff states:

> I, Karanya-Marquis: Dudley, Plaintiff is asking the court to enter a default against the defendant(s).
>
> AFFIDAVIT…I Karanya-Marquis: Dudley is essentially asking the court to note the defendant(s) failure to respond according to Federal Rule of Civil Procedure (55). The basis for my request. (Summons Returned Executed) REFUSED certified mail…

ECF No. 10.

A party is in default when the party "has failed to plead or otherwise defend". Fed. R. Civ P. 55(a). Ordinarily, a defendant has 21 days to file an answer after being served with a complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). However, if a motion is served under Rule 12, the answer is due "within 14 days after notice of the court's action" on the motion. Fed. R. Civ. P. 12(a)(4)(A). *See Sunshine Kitchens, Inc. v. Alanthus Corp.*, 66 F.R.D. 15, 17 (S.D. Fla 1975) ("In view of the fact

that no responsive pleading is due until the court disposes of pending motions to dismiss, the motion for entry of a default is not well-founded").

The Court's docket reveals all Defendants filed a timely responsive pleading to the Complaint in the form of a Motion to Dismiss on October 2, 2024, which is currently pending before the Court. ECF No. 6. Thus, the time for Defendants to file an answer is extended until the Court rules on the Motion to Dismiss. *See* Fed. R. Civ. P. 12(a)(4)(A). In the event the Court denies the Motion to Dismiss, Defendants will have 14 days to file an answer.

Accordingly, Plaintiff's Motion for Default Judgment (ECF No. 10) is **DENIED.**

**IT IS SO ORDERED** this **6th day of December 2024**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE