IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KARANYA MARQUIS
DUDLEY                                                                                          PLAINTIFF

v.                                   Case No. 4:24-cv-04088

AMY FREEDMAN,
Prosecuting Attorney;
MATT STEPHENS,
Public Defender;
JUDGE C. JONES, Miller
County District Court ("MCDC");
JUDGE B HALTON, MCDC;
JUDGE W. AUTREY, MCDC;
STATE OF ARKANSAS; and
MILLER COUNTY DISTRICT
COURT                                                                                         DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation ("R&R") filed December 18, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 22). Plaintiff Karanya Marquis Dudley ("Plaintiff") has objected. (ECF No. 23). The Court finds the matter ripe for consideration.

In the R&R, Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 6) be granted and Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to state a claim upon which relief may be granted. (ECF No. 22). More specifically, Judge Bryant recommends: (1) that Plaintiff's claims against Defendants Judge C. Jones, Judge B. Halton, and Judge W. Autrey be dismissed because they are protected by judicial immunity; (2) that Plaintiff's claims against Defendant Amy Freedman be dismissed because she is immune from suit as a prosecutor for Miller County, Arkansas; (3) that Plaintiff's claims against Defendant

Matt Stephens be dismissed because his conduct as counsel in representing Plaintiff did not create a colorable 42 U.S.C. § 1983 violation; (4) that Plaintiff's claims against the State of Arkansas be dismissed because the State of Arkansas is entitled to sovereign immunity and no exception applies; (5) that Plaintiff's claims against Defendant Miller County District Court be dismissed because a court is not a proper defendant in a Section 1983 case and the events underlying the instant lawsuit took place in Miller County Circuit Court, not Miller County District Court; and (6) that Plaintiff's official capacity claims against all Defendants be dismissed because Plaintiff failed to allege a policy, procedure, or custom of Miller County that caused her complaints. (ECF No. 22, at 4-7).

Plaintiff has timely objected. (ECF No. 23). However, Plaintiff's objection fails to articulate a clear argument critical of Judge Bryant's R&R and instead reiterates many of the factual allegations underlying her claims.

Upon *de novo* review, the Court hereby adopts the R&R (ECF No. 22) *in toto*. Accordingly, the Court finds that Defendants' Motion to Dismiss (ECF No. 6) should be and hereby is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED**, this 6th day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge